**Terrance BELL, Plaintiff–Appellant,**

v.

**Doctor Sami HASSAN, Defendant–Appellee.**

No. 12–6896.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

Terrance Bell, Appellant Pro Se.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Bell seeks to appeal the district court's order denying his motion for the appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bell seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*